UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MONICA COSTELLO,

     Plaintiff,

     v.                         Case No.:  6:26-cv-00750-GAP-NWH

SECRETARY MARKWAYNE
MULLIN, SECRETARY, U.S.
DEPARTMENT OF HOMELAND
SECURITY; AND FIELD OFFICE
DIR. GARRETT RIPA, FIELD
OFFICE DIR., U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT;

     Defendants,

                                      /

### ORDER

Upon review of Plaintiff Monica Costello's ("Plaintiff's") Motion to Withdraw her Amended Petition for a Writ of Habeas Corpus, it is ordered that the Motion is due to be **GRANTED**.

Plaintiff's Amended Petition for a Writ of Habeas Corpus is hereby **WITHDRAWN** from the docket. Unless Petitioner files any further amendments prior to **May 1, 2026**, the Clerk is **DIRECTED to close the case on that date.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 29, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Party